United States District Court
for the District of New Jersey

_____
                                            :
**USA**                                     :
                                            :
                                            :   Crim. No. 06-617
            Plaintiff                       :
                                            :
       vs.                                  :   Order of Reallocation and
                                            :
**DANIEL CASSESE, JR.**                     :   Reassignment
                                            :
            Defendant                       :
_____ :

It is on this 22nd day of June 2012,

O R D E R E D that the entitled action is reallocated from Trenton to Newark and reassigned from Judge Garrett E. Brown, Jr. to Judge Dennis M. Cavanaugh.

                                   _____S/Jerome B. Simandle_____
                                   Jerome B. Simandle, Chief Judge
                                   United States District Court