UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 06-617-1 (DLC) |
| | : | |
| v. | : | Hon. Dennis M. Cavanaugh |
| | : | |
| DANIEL CASSESE | : | **ORDER** |

This matter having come before the Court on motion of defendant, Daniel Cassese, for an order terminating his term of supervised release (Dkt. No. 28); and the Court having considered defendant's memorandum in support of said motion; and the Court having considered the United States of America's opposition to said motion; and for good cause shown;

IT IS on this /0 day of August, 2012,

ORDERED that defendant Daniel Cassese's motion to terminate his term of supervised relief is hereby denied; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

SO ORDERED.

HON. DENNIS M. CAVANAUGH
United States District Judge